No. 79458

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD FREDERICK POWELL, III,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
    and
RENEE BAKER, WARDEN,; AND THE
STATE OF NEVADA,
Real Parties in Interest.

No. 79172

**FILED**

SEP 0 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER GRANTING PETITION FOR REHEARING AND VACATING
ORDER DENYING PETITION*

Having considered the petition for rehearing, we have determined that rehearing of the matter is warranted. Accordingly, we vacate the Order Denying Petition, entered on August 8, 2019, and we grant the petition for rehearing and submit this matter for decision on rehearing without further briefing or oral argument. See NRAP 40(e).

We further direct the clerk of this court to administratively close Docket No. 79458, which was filed as a new petition for a writ of mandamus or prohibition, and file petitioner's second supplemental petition for a writ of mandamus or writ of prohibition, and motion to

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37106

strike, in this docket. We further direct the clerk of this court to file this order in Docket No. 79458.

It is so ordered.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:   Hon. Eric Johnson, District Judge
      Richard Frederick Powell, III
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk